# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**GURAL FOSTER**                                                                               **PLAINTIFF**

**V.**                            **4:07CV01050-WRW**

**PRO WINDOW & DOOR, INC.**                                        **DEFENDANT**

## ORDER

Pending is Plaintiff's Motion for Reconsideration (Doc. No. 21), Defendant has not responded.

In the Order entered on January 18, 2008, Defendant Angie Massey was dismissed because she cannot be held individually liable under Title VII, and therefore, Plaintiff failed to state a claim upon which relief may be granted. While requesting reconsideration, Plaintiff offers no grounds, legal or otherwise, to warrant modification of the January 18, 2008 Order. Accordingly, Plaintiff's Motion for Reconsideration (Doc. No. 21) is DENIED.

IT IS SO ORDERED this 21st day of February, 2008.


                                                                      /s/Wm. R. Wilson, Jr.
                                                           UNITED STATES DISTRICT JUDGE