IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GURAL FOSTER                                                                            PLAINTIFF

vs.                              NO: 4:07-CV-01050 BSM

PRO WINDOW & DOOR INC.                                                  DEFENDANT

## ORDER

Upon Defendant's motion to compel (Docket No. 30) and the entire record, the court finds that Plaintiff has failed to comply with his disclosure and discovery obligations under the Federal Rules of Civil Procedure and therefore grants Defendant's motion to compel.

IT IS HEREBY ORDERED that Plaintiff serve initial disclosures upon Defendant pursuant to Federal Rule of Civil Procedure 26(a) and that he fully and completely respond to Defendant's first set of interrogatories and requests for production of documents by 12:00 p.m. on May 19, 2008. Plaintiff is also admonished that further failure to comply with the Rules of Civil Procedure may result in the dismissal of this case.

IT IS ORDERED this 9th day of May, 2008.

_____
UNITED STATES DISTRICT JUDGE