IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GURAL FOSTER                                                                                    PLAINTIFF

vs.                                          NO: 4:07-CV-01050 BSM

PRO WINDOW & DOOR INC.                                                          DEFENDANT

ORDER OF DISMISSAL WITH PREJUDICE

On May 23, 2008, Defendant filed a motion to dismiss with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure [Doc. #36].  The time to respond has expired and Plaintiff has failed to object to the motion.  Defendant's motion to dismiss is therefore granted and this action is dismissed with prejudice.

IT IS SO ORDERED this 12th day of June, 2008.

_____
UNITED STATES DISTRICT JUDGE